United States Courts
Southern District of Texas
FILED
August 31, 2022
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:22-cr-424 |
| CHRISTOPHER M. BARNES | § § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT 1
### (FALSE CLAIMS AGAINST THE GOVERNMENT – 18 U.S.C. 287)

A.   **INTRODUCTION**

At all times material to this Information:

1.   The COVID-19 Economic Injury Disaster Loan (EIDL) program provided funding to small businesses to help cope with the COVID-19 pandemic. The funding for the loans comes from the United States government.

2.   The EIDL program was administered by the U.S. Small Business Administration (SBA), an agency of the United States government.

B.   **THE SCHEME AND ARTIFICE**

3.   From on or about March 30, 2020 until on or about July 3, 2020, in the Houston Division of Southern District of Texas and elsewhere,

**CHRISTOPHER M. BARNES,**

defendant herein, made and presented to the Internal Revenue Service (IRS) a claim against the United States, that is, a Form 7200 Employer Advance Payment of Employer Credits Dues to COVID-19, knowing that the claim was false and fraudulent in that the claim contained material, false representations.

C.     **MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

4.     The defendant would and did make 14 applications for EIDL loans totaling $1,870,292 in proceeds.

5.     The applications were made on behalf of non-existent or fictitious business entities.

6.     Two of the applications were made using the names of others without their consent.

7.     The applications falsely stated the number of employees working for the business entities.

8.     The defendant made false statements on a Form 7200 Employer Advance Payment of Employer Credits Dues to COVID-19 submitted to the IRS on May 15, 2022.  He falsely stated the wages paid to employees and the number of employees for a business.

D.     **EXECUTION OF THE SCHEME AND ARTIFICE**

8.     On or about May 15, 2020, the defendant transmitted by fax, from the Houston Division of the Southern District of Texas, a Form 7200 Employer

Advance Payment of Employer Credits Due to COVID-19, to the Internal Revenue Service (IRS), an agency of the United States, claiming $36,693.33 in Advanced Payment of Employment tax credits for the Barnes Foundation for the Arts and Sciences, knowing that the entity did not employ 10 individuals as stated in the application, and knowing that the entity had not previously reported $312,000 in wages to employees on a Form 941, and knowing that these statements were material, false representations.

In violation of Title 18, United States Code, Section 287.

TRUE BILL:

Original signature on file
_____
FOREPERSON OF THE GRAND JURY

_____
JAY HILEMAN
Assistant United States Attorney